```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  B. MOODY and K. O'BRIEN,                :

                               Plaintiffs,   :
              -against-                :         1:20-cv-05834-GHW

  INSPIRE SUMMITS LLC and CHRISTOPHER  :        ORDER
  P. SKROUPA,                                              :

                             Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed Plaintiffs' response to the Court's November 2, 2020 Order to Show Cause. Dkt. No. 10. Although service was effectuated over a month ago—well within the time frame provided by Fed. R. Civ. P. 4(m)—Plaintiffs are reminded that Fed. R. Civ. P. 4(l) required them to inform the Court and file proof of service on the docket.

      The parties are reminded that all proposed orders and stipulations should comply with the Court's Individual Rules of Practice in Civil Cases, specifically Rule 1(F).

      Plaintiffs are directed to serve a copy of this order on all defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: November 6, 2020
New York, New York
                                                            GREGORY H. WOODS
                                                          United States District Judge