```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC #: _____
-------------------------------------------------------------- X      DATE FILED: 12/3/2020
  B. MOODY and K. O'BRIEN,                      :
                                                :
                          Plaintiffs,           :
              -against-                         :         1:20-cv-05834-GHW
                                                :
  INSPIRE SUMMITS LLC and CHRISTOPHER P.        :              ORDER
  SKROUPA,                                      :
                                                :
                          Defendants.           :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Plaintiffs commenced this action on July 27, 2020.  Dkt. No. 1.  On November 2, 2020, the

Court issued an order to show cause as to why this action should not be dismissed for failure to

serve process in the time allotted by time frame allotted by Fed. R. Civ. P. 4(m).  Dkt. No. 7.

On November 5, 2020, in response to the Court's November 2, 2020 order, Plaintiffs

informed the Court that Defendant Inspire Summits LLC was served on August 6, 2020 and

September 21, 2020, Dkt. Nos. 8-10, and Defendant Christopher P. Skroupa was served on

September 21, 2020, Dkt. No. 9.   Plaintiff also informed the Court that the parties agreed to extend

Defendants' time to respond to the complaint to November 30, 2020, and that they would file a

stipulation to that effect.  Dkt. No. 10.  As of today, the Court has not received the parties'

stipulation.  Defendants have neither appeared nor responded to the complaint.

Plaintiffs are directed to provide the Court with a status update no later than December 7,

2020.  Plaintiffs are further directed to serve a copy of this order on all defendants in this action and

to retain proof of service.

SO ORDERED.

Dated:  December 3, 2020                          _____
                                                          GREGORY H. WOODS
                                                       United States District Judge