USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
  B. MOODY and K. O'BRIEN,                 :

                                     Plaintiffs,   :
            -against-                            :         1:20-cv-05834-GHW

INSPIRE SUMMITS LLC and CHRISTOPHER P.   :         ORDER
SKROUPA,                                                   :

                                 Defendants.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the December 7, 2020 status letter and proposed stipulation submitted by Plaintiffs' counsel. *See* Dkt. No. 13-14. The parties' request to extend the deadline for Defendants to answer or otherwise respond to the complaint, is denied. The law is well-settled in this Circuit that corporate defendants cannot represent themselves in court. *See Shapiro, Bernstein & Co. v. Cont'l Record Co.*, 386 F.2d 426, 427 (2d Cir. 1967) (per curiam); *Rosario v. Mis Hijos Deli Corp.*, No. 15-CV-6049 (JSR), 2020 WL 5810210, at *3 n.2 (S.D.N.Y. Sept. 30, 2020). Therefore, the Court declines to enter a request made by Inspire Summits LLC without counsel.

      Plaintiffs are directed to serve a copy of this order on all defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: December 8, 2020                            _____
                                                       GREGORY H. WOODS
                                                      United States District Judge