UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B. MOODY, K. O'BRIEN, | **Index No.** |
| Plaintiffs, | **20-CV-5834** |
| v. | |
| INSPIRE SUMMITS, LLC, | **ORDER TO** |
| CHRISTOPHER P. SKROUPA, | **SHOW CAUSE** |
| | **FOR DEFAULT** |
| Defendants. | **JUDGMENT** |

Upon the Affirmation of Joshua Alexander Bernstein, sworn to the 17th day of December, 2020, and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is hereby

**ORDERED** that the above-named Defendants show cause before a motion term of this court, at room 2260, United States Courthouse, 500 Pearl Street, in the City, County and State of New York on _____ \_\_\_\_, _____, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54 and 55 of the Federal Rules of Civil Procedure in favor of Plaintiffs B. Moody and K. O'Brien for the following relief:

1. Granting Plaintiffs' request that Default Judgment be entered against Defendants Inspire Summits, LLC and Christopher P. Skroupa;
2. Awarding Plaintiff B. Moody damages in the amount of $121,810;
3. Awarding Plaintiff K. O'Brien damages in the amount of $84,094.11;
4. Awarding Plaintiffs costs in the amount of $616.30;
5. Awarding Plaintiffs attorney's fees in the amount of $7,560;

and it is further

ORDERED that service of a copy of this Order and annexed affidavits and exhibits upon Defendants Inspire Summits, LLC and Christopher P. Skroupa on or before _____ \_\_\_, \_\_\_\_, shall be deemed good and sufficient service thereof, and that any Opposition to the entry of Default Judgment is due by _____ \_\_\_, 2020.

Dated: New York, NY

_____ \_\_\_, 2020

_____
Gregory H. Woods
United States District Judge