UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| B. MOODY, K. O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>INSPIRE SUMMITS, LLC,<br>CHRISTOPHER P. SKROUPA,<br><br>Defendants. | **Index No.**<br>**20-CV-5834**<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on July 27, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Inspire Summits, LLC on August 6, 2020, by personal service on Nancy Dougherty, authorized agent in the Office of the Secretary of State, of the State of New York, and on Defendant Christopher P. Skroupa on September 21, 2020, by personal service on Christopher P. Skroupa, and proof of service having been filed on November 5, 2020, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:

That Plaintiff B. Moody have judgment against Defendants in the liquidated amount of $94,008 with interest at 9% from November 7, 2018 amounting to $17,802, plus penalties in the amount of $10,000, amounting in all to $121,810 and that;

Plaintiff K. O'Brien have judgment against Defendants in the liquidated amount of $62,198.63 with interest at 9% from November 2, 2018, amounting to $11,895.48, plus penalties in the amount of $10,000, amounting in all to $84,094.11 and that;

Plaintiffs have judgment against Defendants for costs in the amount of $616.30, and attorney's fees in the amount of $7,560, amounting in all to $8,176.

Dated: New York, NY

_____ \_\_\_. _____

_____
Gregory H. Woods
United States District Judge