```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                    DOC #:_____
SOUTHERN DISTRICT OF NEW
YORK                                            DATE FILED: 12/19/2020
```

|   |   |
|---|---|
| B. MOODY, K. O'BRIEN, | ) |
| | ) **Index No.** |
| | ) **20-CV-5834** |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) **ORDER TO** |
| INSPIRE SUMMITS, LLC, | ) **SHOW CAUSE** |
| CHRISTOPHER P. SKROUPA, | ) **FOR DEFAULT** |
| | ) **JUDGMENT** |
| Defendants. | ) |

Upon the Affirmation of Joshua Alexander Bernstein, sworn to the 17th day of December, 2020, and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is hereby

**ORDERED** that the above-named Defendants show cause as to why an Order should not be issued pursuant to Rule 54 and 55 of the Federal Rules of Civil Procedure in favor of Plaintiffs B. Moody and K. O'Brien for the following relief:

1. Granting Plaintiffs' request that Default Judgment be entered against Defendants Inspire Summits, LLC and Christopher P. Skroupa;

2. Awarding Plaintiff B. Moody damages in the amount of $121,810;

3. Awarding Plaintiff K. O'Brien damages in the amount of $84,094.11;

4. Awarding Plaintiffs costs in the amount of $616.30;

5. Awarding Plaintiffs attorney's fees in the amount of $7,560.

The order to show cause hearing will take place on January 25, 2020 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The

parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

It is further

**ORDERED** that a copy of this Order and Plaintiffs' affidavits and exhibits be served upon Defendants Inspire Summits, LLC and Christopher P. Skroupa on or before December 28, 2020, that any opposition be filed no later than January 13, 2021, and that any reply be filed no later than January 18, 2020.

**SO ORDERED.**

Dated: December 19, 2020

_____
Gregory H. Woods
United States District Judge