UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2021

------------------------------------------------------------- X

B. MOODY and K. O'BRIEN,                        :
                                                :
                                    Plaintiffs, :
                                                :
            -against-                           :          1:20-cv-05834-GHW
                                                :
INSPIRE SUMMITS LLC and CHRISTOPHER P. :                        ORDER
SKROUPA,                                        :
                                                :
                                    Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 12, 2021, the Court stated that it expected to vacate the Clerk's entries of default

against Defendants, subject to Defendants answering or otherwise responding to the complaint by

no later than April 23, 2021.  Dkt.  No. 55.  On April 23, 2021, Defendants requested a pre-motion

conference regarding their anticipated motion to dismiss the complaint.  Dkt. No. 57.

Accordingly, the Clerk of Court is directed to vacate the certificates of default entered at

Dkt. Nos. 27-28.

SO ORDERED.

Dated:  April 28, 2021                    _____
New York, New York                                GREGORY H. WOODS
                                               United States District Judge