J B <jbernsteinpc@gmail.com>

## Moody Final Checks - Tracking

**Adam Engel** <aee@elgpllc.com>  Wed, Feb 8, 2023 at 9:10 AM
To: J B <jbernsteinpc@gmail.com>
Cc: Adam Engel <aee@elgpllc.com>

Josh,

Chris has asked that you hold off on cashing the checks for this week so that he can resolve some issues on his end.

Thanks,

Best,
Adam

The Engel Law Group
280 Madison Ave - Suite 705
New York, NY 10016
(212) 665-8095
aee@elgpllc.com
linkedin.com/in/adamengelesq

[Quoted text hidden]