# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095        Email: aee@elgpllc.com        Facsimile: (888) 364-3564

April 17, 2023

**BY ECF**

The Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re:   *Moody v. Inspire Summits* (20-cv-5834)
              Update re: Settlement Payments

Dear Judge Cave,

I represent the Defendants in the above-referenced action and write today to update the Court and submit a request and suggested way forward regarding my client's single (partially) outstanding settlement payment.

First, my client made a good-faith payment of $1,500.00 last week, toward the last of six settlement payments due under the settlement agreement approved by this Court. I believe that leaves a balance of approximately $9,300.00.

Second, I asked my client for an update and projection on when the balance could be paid. Attached is his response to me, which he has asked me to submit to the Court.

Third, while I understand Plaintiffs' and the Court's frustration with the extended nature of this payment process, which has necessitated several conferences, and that the Court expressed an intention to authorize Plaintiffs to begin collection efforts, I respectfully submit that the following is a fair and reasonable path forward: (a) give Plaintiffs whatever collection authorizations the Court sees fit (although I renew my request that Plaintiffs simply follow the procedures set forth in the settlement agreement they drafted) but (b) give my client until close of business on April 28, 2023 to bring their balance to zero, after which (c) the Court's authorizations will become effective without further action from counsel or the Court and, therefore, without expending more party and judicial resources, while still giving Plaintiffs what they need.

Judge Cave  
April 17, 2023  
Page 2 of 2

As I have said before, the Defendants take their commitment to pay the full settlement amount seriously, and fully intend to pay the full amount as soon as they are able.

Respectfully Submitted,

*[signature]*

Adam E. Engel  
*Counsel for Defendants*

Encl.   Skroupa Email

EXHIBIT A

aee@elgpllc.com

| | |
|---|---|
| **From:** | Christopher Skroupa <cskroupa@skytopstrategies.com> |
| **Sent:** | Monday, April 17, 2023 12:01 PM |
| **To:** | Adam Engel |
| **Subject:** | Status of balance of payment |

Adam,  this is to advise that I have intentions on paying at least another 1,500 to 4,000 this week on the balanced owed on the Moody settlement.

To date, we are struggling with revenue that is frozen.  Invoices due to us are beginning to creep into the 90 day zone.  We are writing new business, but the payments are lagging and having a negative effect on cash flow.

I believe I can get the full balance down to zero within a week from Friday.

Please express to the court that I have full intention on paying this balance in full asap, by the deadline above.

c


--
**Christopher P. Skroupa**
Founder & CEO | Skytop Strategies
880 3rd Avenue, 12th Floor, New York, NY 10022
Direct: +1.917.593.0383 | www.skytopstrategies.com



Where Corporate Insight and Disruptive Ideas Converge