UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B. MOODY and K. O'BRIEN,<br><br>                              Plaintiffs,<br><br> -v-<br><br>INSPIRE SUMMITS LLC and CHRISTOPHER P. SKROUPA,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 5834 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 17, 2023, the Court orders that, if Defendants do not satisfy their payment obligations under the parties' settlement agreement (the "Agreement") by **April 28, 2023**, then on **May 1, 2023**, Plaintiffs may make an application to the Court for relief to enforce the Agreement.

Dated:        New York, New York
              April 17, 2023

                                                        SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                        United States Magistrate Judge