# Josh Bernstein, P.C.
## Civil Rights & Employment Law

Josh Bernstein, P.C.  (Phone) (646) 308-1515
188 Grand St., 2nd FL.  (Fax)    (718) 679-9517
New York, NY 10014  jbernstein@jbernsteinpc.com

May 1, 2023

**RE: Status Update re: Defendants Will Make Final Settlement Payment this Week**

The Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

**B. Moody and K. O'Brien v. Inspire Summits, LLC and Christopher P. Skroupa
No. 20-CV-5834**

M.J. Cave,

I represent Plaintiffs B. Moody and K. O'Brien in the above-captioned matter and write to inform the Court that Defendants have made the majority of the last payment due under the settlement agreement in this matter this past week ($8,000), with $1,833 now remaining. Counsel for Defendants have informed me that the final payment of $1,833 will be made this week. Accordingly, Plaintiffs are amendable to granting one more week for Defendants to make the remainder of the final payment. As your Honor's Order of April 17, 2023 does not *require* Plaintiffs to make an application to the Court to enforce the Agreement but merely authorizes Plaintiffs to do so by today's date if final payment was not made this past Friday, no action is required from the Court. I will provide the Court with a final update when the final payment of the amount due is made.

Thank you for your attention to this matter.

Very truly yours,

_____/s/_____
Joshua Alexander Bernstein