# Josh Bernstein, P.C.

## Civil Rights & Employment Law

Josh Bernstein, P.C.                                    (Phone) (646) 308-1515
188 Grand St., 2ⁿᵈ FL.                         (Fax)     (718) 679-9517
New York, NY 10014                      jbernstein@jbernsteinpc.com

May 15, 2023

**RE: Status Update; Defendants Have Made Final Payment**

The Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

**B. Moody and K. O'Brien v. Inspire Summits, LLC and Christopher P. Skroupa**
**No. 20-CV-5834**

M.J. Cave,

       I represent Plaintiffs B. Moody and K. O'Brien in the above-captioned matter and write on behalf of all parties to inform the Court that Defendants have now made the final payment in this matter, obviating the need for any application for relief to enforce the Settlement Agreement. While one of the prior settlement payments was made via credit card and there are two more months within which a chargeback can be initiated, absent such a chargeback, the settlement has now been fully-paid. Unless the Court directs otherwise, I will not make any subsequent submissions, unless in the unlikely event that a chargeback is initiated on the referenced credit card payment. Thank you for your attention to this matter.

Very truly yours,

_____/s/_____
Joshua Alexander Bernstein